253 So.2d 225

STATE of Louisiana

v.

Van HOWARD.

No. 51839.

Oct. 21, 1971.

In re: Van Howard applying for writ of certiorari or writ of review, and stay order.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

253 So.2d 225

STATE of Louisiana

v.

Lawrence Joseph HEBERT.

No. 51840.

Oct. 21, 1971.

In re: Lawrence Joseph Hebert applying for writ of certiorari and stay order.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.